**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00081-CR**
_____

**TERRY RAY MATHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 94-01-00028 CR**

**ORDER**

On February 11, 2013, Terry Ray Mathews filed a notice of appeal from a judgment nunc pro tunc signed by the trial court on January 11, 2013. On February 27, 2013, Mathews filed a request for appointed counsel with this Court. Matters concerning the appointment of counsel should be addressed by the trial court in the first instance. *See generally* Tex. Code Crim. Proc. Ann. art. 26.04(a) (West Supp. 2012).

It is, therefore, ORDERED that the case is remanded to the trial court for a hearing to determine whether the appellant is indigent. If appellant is indigent and requests that counsel be appointed, the trial court shall determine whether appellant has a right to appointed counsel to represent the appellant for the appeal unless the appellant elects to proceed *pro se*, in which case the trial court shall determine whether appellant's decision is knowingly and intelligently made. *See Faretta v. California,* 422 U.S. 836, 95 S.Ct. 2525, 45 L.E.2d 562 (1975); *East v. State,* 48 S.W.3d 412 (Tex. App.—Houston [14th Dist.] 2001, no pet.). The supplemental clerk's record containing any orders and findings made by the trial court and a reporter's record of any hearings conducted pursuant to this Order shall be filed with the Court of Appeals by April 8, 2013. The appeal is abated and all appellate timetables are suspended while the case is in the trial court.

ORDER ENTERED March 7, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

2